DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN B. CURTIS,**
Appellant,

v.

**JEANINE R. SAXTON** and **SHILEEN D. PENDLETON,**
Appellees.

No. 4D19-3402

[May 14, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 312018CA000513.

Alan B. Curtis, Graceville, pro se.

Jeanine R. Saxton and Shileen D. Pendleton, Vine Grove, Kentucky, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***